SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

ANTHONY HALL,

                Plaintiff,

   v.

THE CITY OF ROCHESTER, JEFFREY MIRT, CHELSEA DAVIS, JESUS GARCIA-SIERRA, LUIS RIVERA-SERRANO, JOHN DOES Nos. 1-3,

                Defendants.

**INDEX OF EXHIBITS TO NOTICE OF REMOVAL**

E2025 016174

Index of Exhibits to the Notice of Removal:

    Exhibit A: Summons and Complaint electronically filed with the Monroe County Clerk on or about July 22, 2025.

Date:   August 20, 2025

                PATRICK BEATH
                Corporation Counsel

            By:   s/John Campolieto
                    JOHN CAMPOLIETO, ESQ., of Counsel
                    Attorneys for Defendants
                    30 Church Street, Room 400A
                    Rochester, New York 14614
                    (585) 428-6812
                    patrick.beath@cityofrochester.gov

To:   ROTH & ROTH LLP
       Elliot Dolby-Shields, Esq.
       *Attorneys for Plaintiff*
       192 Lexington Avenue, Suite 802
       New York, New York 10016