## AFFIRMATION OF SERVICE

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF MONROE

Index Number: **E2025016174**
Date Filed: **07/22/25**

Plaintiff(s):
**ANTHONY HALL**
vs
Defendant(s):
**THE CITY OF ROCHESTER, JEFFREY MIRT, CHELSEA DAVIS, JESUS GARCIA-SIERRA, LUIS RIVERA-SERRANO, JOHN DOES NOS. 1-3**

**ABIGAIL DIRKSMEIER,** the undersigned, pursuant to CPLR 2106, and under the penalties of perjury, herby affirms as follows that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **7/25/2025 at 12:30 PM**, deponent served the within **SUMMONS JURY TRIAL DEMANDED; VERIFIED COMPLAINT JURY TRIAL DEMANDED; NOTICE OF ELECTRONIC FILING** on **CHELSEA DAVIS** at **185 EXCHANGE STREET, ROCHESTER, NY 14614** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **JOSE MUNOZ, OFFICER** of **CHELSEA DAVIS**, a person of suitable age and discretion. Said premises is **CHELSEA DAVIS**'s actual place of Business within the State of New York.

On **7/30/2025** Deponent also deposited a copy of same in one first-class envelope and in one certified postpaid sealed envelope bearing the words "Personal & Confidential" properly addressed to **CHELSEA DAVIS** at **185 EXCHANGE STREET, ROCHESTER, NY 14614** in an official depository under exclusive care and custody of the United States Postal Service within the State of New York. The envelopes did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the respondent.

**Perceived Description:**
Gender: **Male**   Race: **HISPANIC**   Age: **46 - 55 Yrs.**   Weight: **161-200 Lbs.**   Height: **5ft 9in - 6ft 0in**   Hair: **SHAVED**   Glasses: **YES**   Other:

I asked the person spoken to whether the Respondent(s) was in active military duty or dependent on anyone in active military duty of the Untied States or the State of New York and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Served at following GPS coordinates, Lat: 43.15415 Long: -77.61702

I affirm on **7/30/2025** under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x_Abigail Dirksmeier_
**ABIGAIL DIRKSMEIER**
Job #: 172889